**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DOUGLAS BONE, ) | No. C 01-4971 MMC (PR) |
| ) | |
| Petitioner, ) | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| ) | |
| v. ) | |
| ) | |
| ) | |
| GAIL LEWIS, Warden, ) | |
| ) | (Docket No. 55) |
| Respondent. ) | |
| _____ ) | |

On May 19, 2006, the above-titled petition for a writ of habeas corpus was denied on its merits. On May 31, 2006, petitioner filed a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner has not shown "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000). Accordingly, the request for a certificate of appealability is DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner also may seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

This order terminates Docket No. 55.

IT IS SO ORDERED.

DATED: June 12, 2006

_____
MAXINE M. CHESNEY
United States District Judge